THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**04 CR 10393 RGS**

           :  CRIMINAL ACTION
           :

v.                :  Count One: 8 U.S.C.
           :  § 1326(a) - Illegal

**FALCON DIOMEDES ANDUJAR-ARAIS a/k/a** :  Re-entry by Deported
**Falcon Diomedes Ortiz-Lara a/k/a**  :  Alien
**Nelson Ortiz a/k/a**            :
**Falcon Ortiz a/k/a**            :
**Falcon Arias a/k/a**            :
**Falcon Diomedes a/k/a**        :
**Dwight Braswell**             :

**INDICTMENT**

**COUNT ONE**:   8 U.S.C. § 1326 -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about November 22, 2004, at Boston, in the District of

Massachusetts,

**FALCON DIOMEDES ANDUJAR-ARAIS a/k/a**
**Falcon Diomedes Ortiz-Lara a/k/a**
**Nelson Ortiz a/k/a**
**Falcon Ortiz a/k/a**
**Falcon Arias a/k/a**
**Falcon Diomedes a/k/a**
**Dwight Braswell**

the defendant herein, being an alien and having been excluded,

deported and removed from the United States, was found in the

United States without having received the express consent of the

United States Attorney General prior to March 1, 2003, or the

express consent of the Secretary of the Department of Homeland

Security since that date, to reapply for admission to the United

States.

    All in violation of Title 8, United States Code, Section

1326(a)(1) and (b)(2) and Title 6, United States Code, Section

202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
NADINE PELLEGRINI
Assistant United States Attorneys


DISTRICT OF MASSACHUSETTS                    December 22, 2004


Returned into the District Court by the Grand Jurors and filed.


_____
              Deputy Clerk
                              12/22/04
                              @ 3:10

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10393 RGS U.S. District Court - District of Massachusetts

**Place of Offense:** _____  Category No. II_____  Investigating Agency  ICE_____

**City**  Boston_____  **Related Case Information:**

**County**  Suffolk_____  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  _____
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  **FALCON DIOMEDES ANDUJAR-ARAIS**____  Juvenile  ☐ Yes  ☒ No

Alias Name  **Falcon Diomedes Ortiz-Lara (see indictment)**_____

Address  227 Albion Street, Wakefield, MA_____

Birth date (Year only): 1968_ SSN (last 4 #): _____ Sex M Race:  H_____  Nationality: DR_____

**Defense Counsel if known:** _____  Address: _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Nadine Pellegrini_____  Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No  List language and/or dialect:  Spanish_____

Matter to be SEALED:  ☐ Yes ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/22/04  Signature of AUSA: _Nadine Pellegrini_____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

04cr10393RGS

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC 1326(a) | Illegal Re-entry by Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**