UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

v.                                                              Criminal No. 04-10393-RGS

Falcon Diomedes Andujar Arais

## APPOINTMENT OF FEDERAL DEFENDER

**DEIN, U.S.M.J.**

The above-named defendant has testified under oath or has otherwise satisfied this Court that he/she is unable to employ counsel, has not waived the right to counsel and because the interests of justice so require, counsel shall be appointed.

It is hereby ORDERED that the Federal Defender Office of the District of Massachusetts be appointed effective as of December 23, 2004 to represent said defendant in this cause until further order of the Court. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

By the Court,

   -S-
Thomas F. Quinn
Deputy Clerk

Date: December 23, 2004