# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Falcon Diomedes Andujar-Arais aka Falcon Diomedes Ortiz-Lara aka Nelson Ortiz aka Falcon Ortiz aka Falcon Arias aka Falcon Domedes aka Dwight Braswell

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10393 RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Falcon Diomedes Andujar-Arais aka Falcon Diomedes Ortiz-Lara aka Nelson Ortiz aka Falcon Ortiz aka Arias aka Falcon Domedes aka Dwight Braswell

Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Illegal Re-entry by Deported Alien

RECEIVED
2004 DEC 23 A 9:06
U.S. MARSHAL SERVICE
BOSTON, MA

in violation of Title _____ United States Code, Section(s) 1326(a)

Catherine M Gaulik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M Gaulik
Signature of Issuing Officer

12-23-04  Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | WARRANT EXECUTED BY ARRAIGNMENT OF DEFENDANT ON 12/25/04 | |

This form was electronically produced by Elite Federal Forms, Inc.