Case 1:04-cr-10393-RGS   Document 10   Filed 02/14/2005   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10393-RGS

UNITED STATES OF AMERICA

v.

FALCON DIOMEDES ANDUJAR-ARAIAS

**FURTHER ORDER ON EXCLUDABLE TIME**

February 14, 2005

DEIN, M.J.

An Initial Status Conference was held before this court on February 14, 2005. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 14, 2005 through March 30, 2005,

that being the period between the Initial Status Conference and the Interim Status Conference.

Based upon the prior order of the court dated January 3, 2005 and this order, at the time of the Interim Status Conference on March 30, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (January 31, 2005 - February 13, 2005) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

        / s / Judith Gail Dein
        JUDITH GAIL DEIN
        United States Magistrate Judge