

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          Criminal No. 04-10393-RGS

v.

FALCON ANDUJAR-ARIAS

REPORT ON INITIAL STATUS CONFERENCE

DEIN, M.J.

On February 14th, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

   For the government: None
   For the defense:    "

2. Features of case that deserve special attention or modification of the standard schedule

   For the government: None at the moment
   For the defense:    "

3. Anticipated supplemental discovery

   For the government: None
   For the defense:    "

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

   If the matter proceeds to trial, the government expects to call a witness as to fingerprint identification.

5.  Applicable periods of excludable delay under Speedy Trial Act

    From 12/23/04 until 1/3/05 - Initial appearance until determination of detention upon Government's motion

    From 1/3/05 until January 14, 2005 - automatic discovery

6.  Trial is/is not anticipated.  Estimated duration of trial

    *The parties have not reached a disposition*

    The government expects that trial will take approximately three days.

7. Other matters:

    For the government: None
    For the defense:   "

A motion date pursuant to Fed. R. Crim. P. 12(c)  has/has not been established.

An Interim Status Conference ~~has~~/has not been scheduled, *but is requested*

_____          _____
Leo Sorokin, Esq.                    Nadine Pellegrini, Esq.
Counsel for the Defendant            Assistant U.S. Attorney