UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10393-RGS |
| | ) | |
| FALCON ANDUJAR-ARAIS | ) | |

NOTICE OF WITHDRAWAL

Assistant Federal Defender Leo T. Sorokin hereby withdraws from the above entitled case.

                              /s/ Leo T. Sorokin
                              Leo T. Sorokin
                                B.B.O. # 559702
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel:  617-223-8061

Date: March 17, 2005