UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
         v.                    )        CRIMINAL NO. 04-10393-RGS
                               )
FALCON ANDUJAR-ARAIS           )

NOTICE OF APPEARANCE

Assistant Federal Defender Miriam Conrad hereby files her appearance on behalf of defendant Falcon Andujar-Arais.

FALCON ANDUJAR-ARAIS
By his attorney,


/s/ Miriam Conrad
Miriam Conrad
  B.B.O. # 550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: March 17, 2005