UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10393-RGS

UNITED STATES OF AMERICA

v.

FALCON DIOMEDES ANDUJAR-ARAIAS

**FURTHER ORDER ON EXCLUDABLE TIME**

March 30, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 30, 2005 through May 3, 2005

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated January 3, 2005, February 14, 2005 and this order, at the time of the Interim Status Conference on May 3, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (January 31, 2005 - February 13, 2005) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

                                          / s / Judith Gail Dein
                                          JUDITH GAIL DEIN
                                          United States Magistrate Judge