UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10393-RGS

UNITED STATES OF AMERICA

v.

FALCON DIOMEDES ANDUJAR-ARAIAS

**FURTHER ORDER ON EXCLUDABLE TIME**

May 4, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 3, 2005 through June 14, 2005

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated January 3, 2005, February 14, 2005, March 30, 2005 and this order, at the time of the Interim Status Conference on June 14, 2005, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (January 31, 2005 - February 13, 2005) and fifty-six (56) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge