UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.  04-10393-RGS |
| | ) | |
| FALCON ANDUJAR-ARAIS | ) | |

<u>NOTICE OF WITHDRAWAL</u>

    Undersigned counsel hereby moves to withdraw as counsel for Defendant, Falcon Andujar-Arais.

As grounds for this motion, counsel states that she will be assuming her new duties as Director of the Federal Defender Office.

                                    FALCON ANDUJAR-ARAIS
                                    By his attorney,

                                    /s/Miriam Conrad
                                    Miriam Conrad
                                        B.B.O. # 550223
                                    Federal Defender Office
                                    408 Atlantic Ave., 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061

May 16, 2005