UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10393-RGS |
| | ) | |
| FALCON ANDUJAR-ARAIS | ) | |

<u>NOTICE OF APPEARANCE</u>

Assistant Federal Defender Catherine K. Byrne hereby files her appearance on behalf of defendant Falcon Andujar-Arais.

                                              FALCON ANDUJAR-ARAIS  
                                              By his attorney,

                                              /s/ Catherine K. Byrne

                                              Catherine K. Byrne  
                                                B.B.O. #543838  
                                              Federal Defender Office  
                                              408 Atlantic Avenue, 3rd Floor  
                                              Boston, MA  02110  
                                              Tel: 617-223-8061

Date:  May 16, 2005