UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10393-RGS |
| | ) | |
| FALCON ANDUJAR-ARAIS | ) | |

<u>ASSENTED-TO MOTION TO CONTINUE SENTENCING</u>

Defendant, Falcon Andujar-Arias, moves to continue his sentencing which is scheduled for October 19, 2005 for approximately one month until the week of November 21st or 28th. As grounds for this motion, counsel states that she has had great difficulty obtaining some records which are material to sentencing and needs additional time to assimilate this information. Defense counsel requests that the sentencing be continued in order that the court will be as fully informed about the defendant as possible prior to sentencing.

The government by Assistant United States Attorney Nadine Pellegrini assents to this motion.

                                                      FALCON ANDUJAR-ARAIS
                                                    By his attorney,

                                                    /s/ Catherine K. Byrne

                                                    Catherine K. Byrne
                                                      B.B.O. #543838
                                                    Federal Defender Office
                                                    408 Atlantic Avenue, 3rd Floor
                                                   Boston, MA  02110
                                                   Tel: 617-223-8061

October 14, 2005