UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10393-RGS |
| ) | |
| FALCON ANDUJAR-ARIAS ) | |

<u>NOTICE OF APPEAL</u>

    Defendant, Falcon Andujar-Arias, hereby appeals the judgment and sentence imposed on the above-numbered indictment on November 29, 2005 to the United States Court of Appeals for the First Circuit.

                                                 FALCON ANDUJAR-ARAIS
                                                 By his attorney,


                                               /s/ Catherine K. Byrne

                                             Catherine K. Byrne
                                               B.B.O. # 543838
                                             Federal Defender Office
                                             408 Atlantic Avenue, 3rd Floor
                                             Boston, MA  02110
                                             Tel: 617-223-8061

Date: December 8, 2005