# United States Court of Appeals
## For the First Circuit

No. 06-1189

UNITED STATES OF AMERICA,

Appellee,

v.

FALCÓN DIÓMEDES ANDÚJAR-ARIAS,

Defendant, Appellant.

---

**JUDGMENT**

Entered: November 19, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/10/07

By the Court:

Richard Cushing Donovan, Clerk

[cc: Ms. Byrne, Ms. Pellegrini, Mr. Chaitowitz, & Ms. Young.]